# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-5 | 09994704 | SHETTEL B | #5357 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged  ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 09/17/2021 14:12 | TITLE: 18 USC: 13 |

**Place of Offense:** BLDG 6655 EAST GATE MIRAMAR

**Offense Description; Factual Basis for Charge** HAZMAT ☐
CPC 240 - SIMPLE ASSAULT

### DEFENDANT INFORMATION
**Last Name:** BROWN  **First:** APRIL  **MI:** A

**Tag No:** MYKA2  **State:** CA  **Year:** 2017  **Make/Model:** NISSAN/ROGUE  **Color:** SILVER

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*09994704*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 17 SEPTEMBER 2021 while exercising my duties as a law enforcement officer in the SOCAL District of CALIFORNIA

ON 17 SEP 21 AT MCAS MIRAMAR END GATE MRS BROWN TRIED TO GAIN ENTRY TO THE INSTALLATION WHEN HER ID CAC SCANNED USING THE DEFENSE BIOMETRICS IDENTIFICATION SYSTEM A BOLO APPEARED FOR ASSAULT. MRS BROWN WAS PLACED IN HAND IRONS AND BROUGHT BACK TO PMO (BLDG 7117) FOR FURTHER PROCESSING AND INVESTIGATION. THE BOLO WAS BOLO ON MRS. BROWN FOR AN INCIDENT THAT TOOK PLACE ON AUG 25th 2021 (REF CCN: 09SEP21-4(MR-0086-BBA)

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/17/2021  Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident